**THOMPSON et al. v. HOUSTON DRUG CO.**
**(No. 1372.)**

(Court of Civil Appeals of Texas. Beaumont. March 26, 1926. Rehearing Denied April 14, 1926.)

**Appeal and error ⊕═773(4).**

Judgment of trial court will be affirmed, where appellants filed no brief and there is no suggestion of fundamental error.

Appeal from Angelina County Court; R. A. Courtney, Judge.

Suit by the Houston Drug Company against Spencer Thompson and another. Judgment for plaintiff, and defendants appeal. Affirmed.

Collins & Collins, of Lufkin, for appellants. E. J. Conn, of Lufkin, for appellee.

HIGHTOWER, C. J. The appellee, Houston Drug Company, filed this suit in the county court of Angelina county, against the appellants, Spencer Thompson and Robert Roberts, doing business under the trade-name of Service Drug Company, at Huntington, Tex., on a verified open account for merchandise, amounting to $928.10. The answer was a general denial and plea of payment. The trial was to the court without a jury, and judgment was in favor of appellee for the full amount sued for, with interest from the date of the judgment at the rate of 6 per cent. per annum, from which this appeal was prosecuted.

Appellants have filed no brief, and there is no suggestion of fundamental error, and therefore the judgment of the trial court is affirmed.